USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
DANIELLE GERMAN,

                        Plaintiff,

                -against-

PORTFOLIO RECOVERY ASSOCIATES LLC,

                        Defendant.
-------------------------------------------------------------- X

22-CV-8350 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff was ordered to file a letter explaining why venue is proper in the Southern District of New York or showing cause why this action should not be transferred to the Eastern District of New York pursuant to 28 U.S.C. § 1406(a), Dkt. 5;

WHEREAS on October 11, 2022, Plaintiff consented to this matter being transferred to the Eastern District of New York, Dkt. 6; and

WHEREAS Defendant has not yet appeared in this case;

IT IS HEREBY ORDERED that the case is TRANSFERRED to the Eastern District of New York. The Clerk of Court is respectfully directed to transfer this case to the Eastern District of New York pursuant to SDNY Local Rule 83.1.

**SO ORDERED.**

**Date: October 4, 2022**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**

1